In the Matter of the Application of ZOE K. AMES, Respondent, Appellant,

against GODCHAUX SUGARS, INC., Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.